**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**TERRANCE JARRETT
ADC #129957**                                                                                    **PLAINTIFF**

**V.**                              **CASE NO. 1:15-CV-59 JM/BD**

**MARTY HEARYMAN, et al.**                                                          **DEFENDANTS**

**ORDER**

Terrance Jarrett, an Arkansas Department of Correction inmate, filed this lawsuit pro se alleging that the named Defendants have acted with deliberate indifference to his medical needs. (Docket entry #2) Based on the allegations contained in his complaint, Mr. Jarrett has stated an eighth amendment claim against the named Defendants. Accordingly, service is proper.

The Clerk of the Court is directed to prepare summonses for each of the named Defendants. The United States Marshal is directed to serve copies of the complaint, with any attachments (docket entry #2), and a summons for these Defendants without requiring prepayment of fees and costs or security. Service for these Defendants should be through the Arkansas Department of Correction Compliance Division, P.O. Box 20550, Pine Bluff, Arkansas 71612.

In addition, Mr. Jarrett has moved for the Clerk of the Court to correct the spelling of Defendant Hearyman's name. (#3) Based on Mr. Jarrett's motion, however, the Court is unclear if the proper spelling of this Defendant's last name is Hearyman or Heartman. Accordingly, the motion (#3) is DENIED, at this time. Mr. Jarrett may file another

motion to correct if necessary.

    IT IS SO ORDERED, this 12th day of May, 2015.

                                                                   _____
                                                                    UNITED STATES MAGISTRATE JUDGE